472 So.2d 463 (1985)
William FREDERICK, Petitioner,
v.
STATE of Florida, Respondent. (Two Cases)
No. 65534, 65979.
Supreme Court of Florida.
June 27, 1985.
*464 James B. Gibson, Public Defender and Brynn Newton, Asst. Public Defender, Seventh Judicial Circuit, Daytona Beach, for petitioner.
Jim Smith, Atty. Gen. and Margene A. Roper, Asst. Atty. Gen., Daytona Beach, for respondent.
ADKINS, Justice.
We review two decisions of the Fifth District Court of Appeal, Frederick v. State, 459 So.2d 326 (Fla. 5th DCA 1984), and Frederick v. State, 451 So.2d 1066 (Fla. 5th DCA 1984), which expressly and directly conflict with T.L.J. v. State, 449 So.2d 1008 (Fla. 2d DCA 1984), quashed, 464 So.2d 1196 (Fla. 1985); and Bennett v. State, 438 So.2d 1034 (Fla. 2d DCA 1983). We have jurisdiction. Art. V, § 3(b)(3), Florida Constitution.
Based on our decision in L.S. v. State, 464 So.2d 1195 (Fla. 1985), we approve the decisions of the district court.
It is so ordered.
BOYD, C.J., and OVERTON, ALDERMAN, McDONALD, EHRLICH and SHAW, JJ., concur.